1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DEBORAH STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   MARLA K. LETELLIER, CSBN 234969
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8928
6       Facsimile: (415) 744-0134
        E-Mail: Marla.Letellier@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10
                       SACRAMENTO DIVISION
11

12                                    )  No. 2:15-cv-01185-AC (TEMP)
   LINDA ROXANN ERVIN,                )
13                                    )
         Plaintiff,                    )  STIPULATION AND ORDER FOR
14                                    )  DEFENDANT'S FIRST EXTENSION
         vs.                          )  OF TIME TO RESPOND TO
15                                    )  PLAINTIFF'S MOTION FOR
                                      )  SUMMARY JUDGMENT
16 CAROLYN W. COLVIN,                 )
   Acting Commissioner of             )
17 Social Security,                   )
                                      )
18       Defendant.                    )
   _____  )

19

20        IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the

21 approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 45 days

22 from April 11, 2016 to May 26, 2016.  All other deadlines in the Court's scheduling order are extended

23 accordingly.

24        This is Defendant's first request for an extension of time to respond to Plaintiff's opening brief.

25 This request is the result of a heavy workload for counsel responsible for briefing.  For example,

26 Counsel is responsible for briefing dispositive motions in 12 Federal District Court cases as well as

27

28                                    1

briefing a Ninth Circuit appeal between April 11, 2016 and May 18, 2016.  Additionally, counsel expects to be out of the office for most of the last week of April.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: April 11, 2016        By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

JOSEPH C. FRAULOB, ESQ.

Dated: April 11, 2016              By: */s/Joseph C. Fraulob*
JOSEPH C. FRAULOB
Attorney for Plaintiff
(as approved by email on April 11, 2016)

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: April 12, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2