BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA ROXANN ERVIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | No. 2:15-cv-01185-AC (TEMP)<br><br>STIPULATION AND ORDER FOR DEFENDANT'S SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 30 days from May 26, 2016 to June 27, 2016. All other deadlines in the Court's scheduling order are extended accordingly.

This is Defendant's second request for an extension. Counsel makes this request due to the fact that she was unexpectedly out of the office due to illness from May 9, 2016 through May 12, 2016 and then again on May 16, 2016 when her husband had to have emergency oral surgery. Defendant requests a 30 day extension because of the backlog of work that has accrued during her unexpected absences and

1

because she will be out of the office from June 7, 2016 through June 9, 2016 to care for her husband after he has knee surgery.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: May 25, 2016            By: /s/ *Marla K. Letellier*
                                MARLA K. LETELLIER
                                Special Assistant United States Attorney
                                Attorneys for Defendant

JOSEPH C. FRAULOB, ESQ.

Dated: May 26, 2016            By: */s/Joseph C. Fraulob*
                                JOSEPH C. FRAULOB
                                Attorney for Plaintiff
                                (as approved by email on May 26, 2016)

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 7, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2