PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA ROXANN ERVIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | No. 2:15-cv-01185-AC (TEMP)<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reassess the claimant's subjective complaints pursuant to the relevant regulations; reevaluate the claimant's residual functional capacity assessment, if necessary; and reassess steps four and five with the assistance of a vocational expert, if necessary.

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

          Respectfully submitted,

          PHILLIP A. TALBERT
          Acting United States Attorney
          DEBORAH LEE STACHEL
          Acting Regional Chief Counsel, Region IX
          Social Security Administration

Dated: June 27, 2016      By: /s/ *Marla K. Letellier*
          MARLA K. LETELLIER
          Special Assistant United States Attorney
          Attorneys for Defendant

          JOSEPH C. FRAULOB, ESQ.

Dated: June 27, 2016      By: */s/Joseph C. Fraulob*
          JOSEPH C. FRAULOB
          Attorney for Plaintiff
          (as approved by email on June 24, 2016)

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 28, 2016

*[Signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE