HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROXANN ERVIN<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:15-cv-01185-AC (TEMP)<br><br>**STIPULATION AND ORDER FOR AWARD OF EAJA ATTORNEY FEES** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of FOUR THOUSAND, SEVEN HUNDRED DOLLARS ($4700.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by her counsel in connection with this civil action, in accordance with 28 U.S.C. 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order to EAJA fees is entered, the government will determine if it is subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the written assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

DATED:  July 13, 2016    By /s/ *Joseph Clayton Fraulob*
JOSEPH CLAYTON FRAULOB
Attorney for plaintiff

DATED:  July 13, 2016    PHILLIP A. TALBERT
Acting United States Attorney

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Marla K. Letellier*
(as authorized via email on July 13, 2016)
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: July 20, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE